GEORGE E. PAYNE, Appellant, v. THE CITY OF NEW YORK, Respondent.—

Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.